

## ORDERED in the Southern District of Florida on December 16, 2009.

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

**ROSS F. CHARNO** and
**AMANDA CHARNO**,

    Debtors.

**CASE NO. 09-36566-JKO**
**CHAPTER 7**

## ORDER DENYING MOTION FOR STAY RELIEF BY CREDITORS MELVIN H. GALE, ETC.

THIS CAUSE came before the Court for hearing on December 15, 2009 at 1:30 p.m. following the filing of the Motion for Stay Relief by Creditors Melvin H. Gale, etc. (the "Motion") [D.E. 11]. The Court, having reviewed the Motion, having reviewed the record herein, having heard argument of counsel and being otherwise fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that the Motion is DENIED for the reasons stated on the record in open Court.

###

Submitted by and copies furnished to:
Robert F. Reynolds, Esq.
Slatkin & Reynolds, P.A.
Attorneys for Debtor
One E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33301
Telephone: 954.745.5880
Facsimile: 954.745.5890
E-mail: rreynolds@slatkinreynolds.com

| |
|---|
| Robert F. Reynolds is directed to serve a copy of this Order on all entitled to service thereof and to file a certificate of service immediately thereafter. |