**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## Southern District of Florida

In re  **Ross F Charno    Amanda Charno** _____,

Debtors

Case No.  **09-36566-BKC-JKO** _____

Chapter  __7__ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 887.200.00 | | |
| B - Personal Property | YES | 5 | $ 215.018.08 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 2.449.393.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 413.632.58 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 10.600.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 12.032.00 |
| TOTAL | | 27 | $ 1,102,218.08 | $ 2,863,025.77 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ross F Charno    Amanda Charno**                        ,   Case No.   __09-36566-BKC-JKO__

Debtors   Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 10,600.00 |
| Average Expenses (from Schedule J, Line 18) | $ 12,032.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 10,600.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $3,801,318.19 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $413,632.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $4,214,950.77 |

**B6A (Official Form 6A) (12/07)**

In re:  __Ross F Charno    Amanda Charno_____.          Case No.  __09-36566-BKC-JKO____
                        **Debtors**                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser** | **Fee Owner - Homestead** | **W** | **$ 887,200.00** | **$2,095,000.00** |
| | | Total ➤ | $ 887,200.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Ross F Charno   Amanda Charno**                                    Case No.  **09-36566-BKC-JKO**
_____
                    **Debtors**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | **J** | **146.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending 6921, TD Bank** | **W** | **44.37** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending 9977, Citibank** | **H** | **183.64** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom furniture: bed, chest, armoire, night stands and lamps purchased in 6/04 for $2385; bed, dresser, chest, armoire and night stands purchased in 6/06 for $2605; bed, dresser, chest, armoire and night stands purchased in 6/06 for $2605; full bed, armoire, bookshelf, dresser, night stand and lamp received as gift in 9/07; crib, armoire, changing table, bookshelf and rocking chair received as gift in 11/05; queen bed, armoire and 2 end tables purchased in 8/04 for $1000** | **J** | **3,370.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Computer items: desktop computer purchased in 8/00 for $1490, fax machine purchased in 8/00 for $190, scanner purchased in 8/03 for $175, printer purchased in 8/03 for $190** | **J** | **390.00** |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Ross F Charno    Amanda Charno**                          ,          Case No.  **09-36566-BKC-JKO**

                              **Debtors**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Dining room furniture: table and chairs purchased in 6/00 for $1900; china cabinet purchased in 6/01 for $575; mirror purchased in 6/04 for $150, 2 chandaliers purchased in 6/04 for $350 | J | 730.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Electronics: two 32" Olsueta flat TVs purchased in 6/05 for $1635; 52" Samsung TV purchased in 6/05 for $2942; 63" Panasonic TV purchased in 3/04 for $2785; Panasonic DVD player purchased in 6/05 for $250 | J | 1,850.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Family room furniture: sofa, coffee table, end tables and faux plants purchased in 6/06 for $1887 | J | 560.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Kitchen items: table, chairs, dishes, flatware, glassware, pots, pans, appliances, miscellaneous small kitchen appliances and items | J | 750.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Living room furniture: sofa, loveseat, chair, coffee table and end tables purchased in 6/04 for $2125 | J | 625.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Office furnishings: desk, 2 filing cabinets and a bookcase purchased in 2007 for $3000 | J | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Outdoor items: chairs, tables, grill and hand tools | J | 240.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Patio furniture: 4 chaise lounge chairs, 1 table and 2 chairs purchased in 2004 for $2000 | J | 250.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Playroom: couch, armoire and desk purchased in 2004 for $2000 | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, etc | J | 50.00 |
| 6. Wearing apparel. | | Clothing, shoes, purses and accessories - no commercial value | J | 1,800.00 |
| 7. Furs and jewelry. | | costume jewelry: earrings, bracelets, anklet and necklaces, watch; gold necklace, white gold necklace, diamond earrings, diamond wedding band (x2), wedding band, wedding rings and cuff links | J | 15,290.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sony camcorder and 9mm Glock hand gun | J | 550.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Ross F Charno   Amanda Charno**                              ,    Case No.  **09-36566-BKC-JKO**

Debtors                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | | **Custodial (UTMA/FL) bond accounts for daughters with MorganStanley Smith Barney. Total value $77,145.74** | W | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement account ending 0347 with MorganStanley SmithBarney** | H | 73.22 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement account ending 2554, MorganStanley SmithBarney** | W | 394.85 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Co-owner: Svat Designs Inc. Business jointly owned with J Shapiro. Business has no value without debtors** | J | 100.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Owner: Charno's Custom Rides, Inc. Valuation is estimated by debtors. Business has no value without debtor** | W | 10,126.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **RFC Securities, LLC Chapter 7 Bankruptcy Case No.: 09-34856-BKC-JKO** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Ross F Charno   Amanda Charno**                                    ,          Case No.  **09-36566-BKC-JKO**
_____          _____
**Debtors**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Leased 2007 Dodge Ram** | H | **unknown** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Chevrolet Corvette, 2 dr with over 59,040 miles purchased in 11/07 for $64,730; VIN 1G1YY36W485100943; Value per Kelley Blue Book** | H | **25,875.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Mercedes Benz S 65, 4dr purchased in 7/08 for $198,250; VIN WDDNG79X18A207857** | H | **83,325.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Mercedes Benz GL 550, 4 dr with over 15,200 miles; purchased in 10/08 for $79,876.00; VIN 4JGBF86E09A456673. Value per Kelley Blue Book** | H | **67,275.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Leased 2007 Lamborghini Murcielago LP640, 2 dr with over 6500 miles, VIN ZHWBU37M57LA02160.** | W | **unknown** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Leased 2008 Ford F250 4dr with over 28,100 miles, VIN 1FTSW20R78EB70209** | H | **unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks (x2), printers (x4), fax machines (x2), copies** | W | **220.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Ross F Charno    Amanda Charno**                                    ,          Case No.  **09-36566-BKC-JKO**
                        **Debtors**                                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

              _4_  continuation sheets attached                Total   ➢          **$ 215,018.08**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   **Ross F Charno   Amanda Charno**                                    Case No.   **09-36566-BKC-JKO**

                              Debtors                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Bedroom furniture: bed, chest, armoire, night stands and lamps purchased in 6/04 for $2385; bed, dresser, chest, armoire and night stands purchased in 6/06 for $2605; bed, dresser, chest, armoire and night stands purchased in 6/06 for $2605; full bed, armoire, bookshelf, dresser, night stand and lamp received as gift in 9/07; crib, armoire, changing table, bookshelf and rocking chair received as gift in 11/05; queen bed, armoire and 2 end tables purchased in 8/04 for $1000** | **FSA§222.25(4)** | **2,370.00** | **3,370.00** |
| **Computer items: desktop computer purchased in 8/00 for $1490, fax machine purchased in 8/00 for $190, scanner purchased in 8/03 for $175, printer purchased in 8/03 for $190** | **FSA§222.25(4)** | **390.00** | **390.00** |
| **costume jewelry: earrings, bracelets, anklet and necklaces, watch; gold necklace, white gold necklace, diamond earrings, diamond wedding band (x2), wedding band, wedding rings and cuff links** | **FSA§222.25(4)** | **1,850.00** | **15,290.00** |
|  | **Art. 10 § 4(a)(2), FSA § 222.061** | **85.00** |  |
| **Dining room furniture: table and chairs purchased in 6/00 for $1900; china cabinet purchased in 6/01 for $575; mirror purchased in 6/04 for $150, 2 chandaliers purchased in 6/04 for $350** | **Art. 10 § 4(a)(2), FSA § 222.061** | **730.00** | **730.00** |

B6C (Official Form 6C) (12/07) - Cont.

In re  **Ross F Charno   Amanda Charno**                                    Case No.   **09-36566-BKC-JKO**
_____                                             _____
                                    Debtors                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Electronics: two 32" Olsueta flat TVs purchased in 6/05 for $1635; 52" Samsung TV purchased in 6/05 for $2942; 63" Panasonic TV purchased in 3/04 for $2785; Panasonic DVD player purchased in 6/05 for $250** | **FSA§222.25(4)** | **1,850.00** | **1,850.00** |
| **Family room furniture: sofa, coffee table, end tables and faux plants purchased in 6/06 for $1887** | **Art. 10 § 4(a)(2), FSA § 222.061** | **560.00** | **560.00** |
| **Kitchen items: table, chairs, dishes, flatware, glassware, pots, pans, appliances, miscellaneous small kitchen appliances and items** | **FSA§222.25(4)** | **750.00** | **750.00** |
| **Living room furniture: sofa, loveseat, chair, coffee table and end tables purchased in 6/04 for $2125** | **Art. 10 § 4(a)(2), FSA § 222.061** | **625.00** | **625.00** |
| **Outdoor items: chairs, tables, grill and hand tools** | **FSA§222.25(4)** | **240.00** | **240.00** |
| **Retirement account ending 0347 with MorganStanley SmithBarney** | **FSA § 222.21(2)** | **100%** | **73.22** |
| **Retirement account ending 2554, MorganStanley SmithBarney** | **FSA § 222.21(2)** | **100%** | **394.85** |
| **Sony camcorder and 9mm Glock hand gun** | **FSA§222.25(4)** | **550.00** | **550.00** |

B6D (Official Form 6D) (12/07)

In re  Ross F Charno   Amanda Charno                                    .     Case No.   09-36566-BKC-JKO
                                                                                          _____
                           **Debtors**                                                       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **8000075764**<br><br>**Alphera Financial Service**<br>**5550 Britton Pkwy**<br>**Hilliard, OH 43026** | | H | **10/08**<br>**Security Agreement**<br>**2009 Mercedes Benz GL 550, 4 dr with over 15,200 miles; purchased in 10/08 for $79,876.00; VIN 4JGBF86E09A456673. Value per Kelley Blue Book**<br><br>**VALUE $67,275.00** | | | | 79,140.75 | 11,865.75 |

3      continuation sheets attached

Subtotal  ➤
(Total of this page)

$      79,140.75      $      11,865.75

Total  ➤
(Use only on last page)

$                       $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Ross F Charno   Amanda Charno                                    Case No.  09-36566-BKC-JKO
_____                              _____
                        **Debtors**                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10728910094600<br><br>Chase Auto Finance<br>14800 Frye Rd<br>Fort Worth, TX 76155 | | H | 11/07<br>Security Agreement<br>2008 Chevrolet Corvette, 2 dr with over 59,040 miles purchased in 11/07 for $64,730; VIN 1G1YY36W485100943; Value per Kelley Blue Book<br><br>VALUE $25,875.00 | | | | 57,916.77 | 32,041.77 |
| ACCOUNT NO.  7002328497<br><br>Chrysler Financial<br>POB 9223<br>Farmington, MI 48333 | | J | 5/07<br>Lease<br>Leased 2007 Dodge Ram<br><br>VALUE: unknown | X | X | | unknown | 0.00 |
| ACCOUNT NO.  42746135<br><br>Ford Motor Credit<br>One The American R<br>Mail Drop 7340<br>Dearborn, MI 48121 | | H | 7/07<br>Lease<br>Leased 2008 Ford F250 4dr with over 28,100 miles, VIN 1FTSW20R78EB70209<br><br>VALUE: unknown | X | X | | unknown | 0.00 |
| ACCOUNT NO.  1022532011<br><br>Mercedes Benz Financial<br>POB 685<br>Roanoke, TX 76262 | | H | 7/08<br>Security Agreement<br>2008 Mercedes Benz S 65, 4dr purchased in 7/08 for $198,250; VIN WDDNG79X18A207857<br><br>VALUE $83,325.00 | | | | 217,335.67 | 134,010.67 |

Sheet no.  1 of  3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | | |
|---|---|---|
| $ | 275,252.44 | $ 166,052.44 |
| $ | | $ |

(Report also on Summary of
Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Ross F Charno    Amanda Charno                                    .        Case No.   09-36566-BKC-JKO
_____                                  _____
                    **Debtors**                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0004834837 | | J | 9/06 | | | | 1,600,000.00 | 1,207,800.00 |
| **National City Mortgage** **3232 Newmark Dr** **Harrisburg, OH 45342** **National City Mortgage** **POB 54828** **Los Angeles, CA 90054** **National City Mortgage** **POB 1820** **Dayton, OH 45401** **PNC Mortgage** **8 N Main St** **Dayton, OH 45402** | | | **First Mortgage** **Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser** **VALUE $887,200.00** | | | | | |
| ACCOUNT NO.   001-009412-530 | X | | 5/16/08 | X | X | | unknown | 0.00 |
| **Sovereign Bank** **POB 13098** **Reading, PA 19612** **Anthracite Leasing Company, Inc** **POB 432** **Cranbury, NJ 08512** | | | **Lease** **Leased 2007 Lamborghini Murcielago LP640, 2 dr with over 6500 miles, VIN ZHWBU37M57LA02160.** **VALUE: unknown** | | | | | |
| NOTE:    **Debtor/lessee assigned to Jason Vitulano from 2/26/09 to 3/1/10** | | | | | | | | |

Sheet no.  2  of  3  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $   1,600,000.00 | $  1,207,800.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Ross F Charno    Amanda Charno                                        .          Case No.    09-36566-BKC-JKO
                        Debtors                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  43865 40314363103<br><br>Wachovia Bank<br>POB 530554<br>Atlanta, GA 30353 | | J | 8/7/08<br>HELOC<br>Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser<br><br>VALUE $887,200.00 | | | | 273,000.00 | 1,207,800.00 |
| ACCOUNT NO.  320101001441015<br><br>Wachovia Bank, NA<br>POB 530554<br>Atlanta, GA 30353<br><br><br>Wachovia<br>POB 13327<br>Roanoke, VA 24040<br><br><br>Greenspoon Marder, PA<br>for Wachovia<br>One Clearlake Centre #700<br>West Palm Beach, FL 33401 | | J | 2008<br>Second Mortgage<br>Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser<br><br>VALUE $887,200.00 | | | | 222,000.00 | 1,207,800.00 |

Sheet no.  3 of  3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $    495,000.00 | $  2,415,600.00 |
| $  2,449,393.19 | $  3,801,318.19 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   **Ross F Charno   Amanda Charno**                                          Case No.   **09-36566-BKC-JKO**
                            Debtors                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Ross F Charno    Amanda Charno**                            .        Case No.    **09-36566-BKC-JKO**

                              Debtors                                                                    (If known)

❑    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Ross F Charno    Amanda Charno**                                    Case No.    **09-36566-BKC-JKO**
_____                                              _____
                    Debtors                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ **0.00** | $ **0.00** $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Ross F Charno   Amanda Charno**                         Case No.  **09-36566-BKC-JKO**
                                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3717 059823 71002** | | J | 10/08 | | | | 93,277.82 |
| **American Express POB 360001 Ft Lauderdale, FL 33336** | | | **Consumer and business debt** | | | | |
| **Law Offices of Mitchell N. Kay, PC for American Express 7 Penn Plaza 18th Fl New York, NY  10001** | | | | | | | |
| **American Express POB 981537 El Paso, TX 79998-1537** | | | | | | | |

_5_   Continuation sheets attached

Subtotal  ➤ |$|  **93,277.82**

Total  ➤ |$|

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ross F Charno    Amanda Charno**                                    Case No.   **09-36566-BKC-JKO**
                                                                                                    (If known)
                                    **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **3717 565 438 82003**<br><br>**American Express**<br>**POB 360001**<br>**Ft Lauderdale, FL 33336**<br><br><br>**Law Offices of Mitchell N. Kay, PC**<br>**for American Express**<br>**7 Penn Plaza 18th Fl**<br>**New York, NY  10001**<br><br>**American Express**<br>**POB 981537**<br>**El Paso, TX 79998-1537** | **X** | **J** | **2007 - 2008**<br>**Business debt** | | | | **41,745.00** |
| ACCOUNT NO.    **3499912017973393**<br><br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | | | **Consumer debt** | | | | **3,193.00** |
| ACCOUNT NO.    **3499906557808663**<br><br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | | | **Consumer debt** | | | | **1,185.00** |
| ACCOUNT NO.    **4339 9318 7686 1899**<br><br>**Bank of America**<br>**4060 Ogletown Stan**<br>**Newark, DE 19713** | | **J** | **2008- 2009**<br>**Consumer debt** | | | | **8,329.00** |

Sheet no.   1 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                                      **54,452.00**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ross F Charno    Amanda Charno** _____    Case No.  **09-36566-BKC-JKO** _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **00-0407575-3** <br><br>**Bank of America** <br>**POB 660576** <br>**Dallas, TX 75266** <br><br><br>**Bank of America** <br>**POB 2864** <br>**Hartford, CT 06101** | X | W | **5/09** <br><br>**Business debt listed to discharge potential personal liability** | X | X | | **35,000.00** |
| ACCOUNT NO.  **4313 0701 0601 1940** <br><br>**Bank of America** <br>**POB 15019** <br>**Wilmington, DE 19850** | | W | **2006 - 2009** <br><br>**Consumer debt** | | | | **2,615.80** |
| ACCOUNT NO.  **767113101 1975733** <br><br>**Chase** <br>**800 Brooksedge Blvd** <br>**Westerville, OH 43081** | | H | **5/99 - 2009** <br><br>**Consumer debt** | | | | **7,189.00** |
| ACCOUNT NO.  **8497** <br><br>**Chrysler Financial** <br>**POB 9223** <br>**Farmington, MI 48333** | | | **Unexpired lease** | X | X | | **unknown** |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **44,804.80**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Ross F Charno    Amanda Charno_____      Case No.  __09-36566-BKC-JKO_____
                                    **Debtors**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1167752405** <br><br> **Chubb & Son Insurance** <br> **c/o BWD Group LLC** <br> **113 S Service Rd** <br> **Jericho, NY 11753** <br><br> **RMS** <br> **for Chubb & Son Ins** <br> **77 Hartland St #401** <br> **East Harford, CT 06128** | | J | 8/08 - 8/09 <br><br> **Insurance** | | | | 993.76 |
| ACCOUNT NO. **5466 1601 8937 7805** <br><br> **Citicards** <br> **POB 6401** <br> **The Lakes, NV 88901** | X | | **Business debt** | | | | 63,723.80 |
| ACCOUNT NO. **5466 1600 0242 3851** <br><br> **Citicards** <br> **POB 182564** <br> **Columbus, OH 43218** | | W | 2006 - 2009 <br><br> **Consumer debt** | | | | 3,599.05 |
| ACCOUNT NO. **4264 2840 3552 4985** <br><br> **FIA** <br> **4060 Ogleton Stan** <br> **Newark, DE 19713** | | H | 10/05 - 2009 <br><br> **Consumer debt** | | | | 102,367.00 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 170,683.61

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ross F Charno   Amanda Charno**                    Case No.   **09-36566-BKC-JKO**
                                    Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6135** <br><br> **Ford Motor Credit** <br> **One The American R** <br> **Mail Drop 7340** <br> **Dearborn, MI 48121** | | | **Unexpired lease** | X | X | | **unknown** |
| ACCOUNT NO. <br><br> **Melvin H Gale** <br> **c/o Maraist Law Firm, PA** <br> **Trump Plaza Office Center** <br> **525 S Flagler Dr #200** <br> **West Palm Beach, FL 33410** | X | J | **Pending lawsuit against debtors and RFC Securities, Inc** | X | X | X | **unknown** |
| ACCOUNT NO.   **03530637951** <br><br> **Quest Diagnostics, Inc** <br> **c/o American Medical Collection Age** <br> **2269 S Saw Mill RIver Road, Bldg 3** <br> **Elmsford, NY 10223** | | J | **7/1/09** <br> **Medical** | | | | **426.28** |
| ACCOUNT NO.   **001-0099412-530** <br><br> **Sovereign Bank** <br> **POB 13098** <br> **Reading, PA 19612** <br><br><br> **Anthracite Leasing Company** <br> **POB 432** <br> **Cranbury, NJ 08512** | | J | **Unexpired lease** | X | X | | **unknown** |

Sheet no.  4 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                                  **426.28**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ross F Charno    Amanda Charno**                                    Case No.   **09-36566-BKC-JKO**
                                        **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | 6/07 - 8/09 | | | | 40,000.00 |
| **TKO Law Firm** **200 SW 1 Ave 12 Fl** **Ft Lauderdale, FL 33331** | | | **Legal services** | | | | |
| ACCOUNT NO.   **4312 4714 3388 5504** | X | W | 6/09 | | | | 9,988.07 |
| **Wachovia Bank** **POB 105204** **Atlanta, GA 30348** | | | **Business debt** | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **49,988.07**

Total  ➢  $                   **413,632.58**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re:  <u>Ross F Charno    Amanda Charno</u>                        ,    Case No.  <u>09-36566-BKC-JKO</u>
                                            **Debtors**                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   ❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Chrysler Financial**<br>**POB 9223**<br>**Farmington, MI 48333** | **Vehicle lease** |
| **Ford Motor Credit**<br>**One The American R**<br>**Mail Drop 7340**<br>**Dearborn, MI 48121** | **Vehicle lease** |
| **Sovereign Bank**<br>**POB 13098**<br>**Reading, PA 19612**<br><br>**Anthracite Leasing Company, Inc**<br>**Cranbury, NJ 08512** | **2007 Lamborghini lease assigned to Jason Vitulano unitl 3/1/10** |

B6H (Official Form 6H) (12/07)

In re:  **Ross F Charno    Amanda Charno**
_____.
                    **Debtors**

Case No.   **09-36566-BKC-JKO**
_____
                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RFC Securities, LLC**<br>**4611 S University Dr #446**<br>**Davie, FL 33328** | **American Express**<br>**POB 360001**<br>**Ft Lauderdale, FL 33336** |
| **Boodhabear, Inc** | **Bank of America**<br>**POB 660576**<br>**Dallas, TX 75266** |
| **RFC Securities, LLC**<br>**4611 S University Dr #446**<br>**Davie, FL 33328** | **Citicards**<br>**POB 6401**<br>**The Lakes, NV 88901** |
| **RFC Securities, LLC**<br>**4611 S University Dr #446**<br>**Davie, FL 33328** | **Melvin H Gale**<br>**c/o Maraist Law Firm, PA**<br>**Trump Plaza Office Center**<br>**525 S Flagler Dr #200**<br>**West Palm Beach, FL 33410** |
| **Charnos Custom Rides, Inc**<br>**1544 SW 13 Ct**<br>**Pompano Beach, FL 33069**<br><br>**Jason Vitulano**<br>**17874 Lake Azure Way**<br>**Boca Raton, FL 33496** | **Sovereign Bank**<br>**POB 13098**<br>**Reading, PA 19612** |
| **Boodhabear, Inc** | **Wachovia Bank**<br>**POB 105204**<br>**Atlanta, GA 30348** |

B6I (Official Form 6I) (12/07)

In re  **Ross F Charno Amanda Charno**                              Case No.    **09-36566-BKC-JKO**
                                                                                        (If known)
                                   **Debtors**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **3** |
| | **Daughter** | **1** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Vice President** | **Owner** |
| Name of Employer | **Self** | **Self** |
| How long employed | **3 years** | **3 years** |
| Address of Employer | **Charno's Custom Rides 1544 SW 13 Ct Pompano Beach, FL 33069** | **Charno's Custom Rides 1544 SW 13 Ct Pompano Beach, FL 33069** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 5,300.00 | $ | 5,300.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 5,300.00 | $ | 5,300.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,300.00 | $ | 5,300.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,300.00 | $ | 5,300.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 10,600.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re  **Ross F Charno Amanda Charno** _____   Case No.   **09-36566-BKC-JKO** _____
                           **Debtors**                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

<u>**NONE**</u>

B6J (Official Form 6J) (12/07)

In re **Ross F Charno Amanda Charno**                                      ,          Case No.   **09-36566-BKC-JKO**
                                         **Debtors**                                                           **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ✓   No | | |
| b. Is property insurance included? | Yes ✓   No | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 660.00 |
| b. Water and sewer | | $ | 50.00 |
| c. Telephone | | $ | 67.99 |
| d. Other **Cable** | | $ | 100.00 |
| **Cellular phone service** | | $ | 100.00 |
| **Internet** | | $ | 42.95 |
| **Natural gas** | | $ | 50.00 |
| **Security** | | $ | 55.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 30.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 554.98 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 1,461.27 |
| b. Other **Chase Auto** | | $ | 1,376.00 |
| **Chrysler Financial** | | $ | 371.81 |
| **Ford Motor Credit lease** | | $ | 650.00 |
| **Mercedes-Benz Financial** | | $ | 4,222.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| **Child care** | | $ | 1,000.00 |
| **Lawn service** | | $ | 160.00 |
| **Pest control** | | $ | 100.00 |
| **Pool service** | | $ | 80.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,032.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Lamborghini lease with Sovereign Bank is subleased through 3/2010 and being paid by assignee**

**B6J (Official Form 6J) (12/07) - Cont.**

In re **Ross F Charno Amanda Charno** ,          Case No. **09-36566-BKC-JKO**
                                    **Debtors**                                              **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 10,600.00 |
| b. Average monthly expenses from Line 18 above | $ | 12,032.00 |
| c. Monthly net income (a. minus b.) | $ | -1,432.00 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  <u>Ross F Charno    Amanda Charno</u>                                        Case No.   <u>09-36566-BKC-JKO</u>
                                    **Debtors**                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **29**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  <u>**12/31/2009**</u>                          Signature:  <u>**s/ Ross F Charno**</u>
                                                              **Ross F Charno**
                                                                          Debtor

Date:  <u>**12/31/2009**</u>                          Signature:  <u>**s/ Amanda Charno**</u>
                                                              **Amanda Charno**
                                                                  (Joint Debtor, if any)

                                              [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In re:  **Ross F Charno   Amanda Charno** _____ ,       Case No. **09-36566-BKC-JKO** _____

Debtors                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is a officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 20,000.00 | **Wages - W** | **2007** |
| 124,389.00 | **Business income - H** | **2007** |
| 116,690.00 | **Business income - H** | **2008** |
| 58,300.00 | **Business income - W** | **2009** |
| 58,300.00 | **Business income - H** | **2009** |

2

## 2.  Income other than from employment or operation of business

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
☐  business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **57,000.00** | **IRA distribution** | **2008** |
| **6,660.67** | **Retirement distribution** | **2009** |

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
☐  services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Alphera Financial Service**<br>**5550 Britton Pkwy**<br>**Hilliard, OH 43026** | **Monthly payments of $554.98** | **1,664.94** | **79,140.75** |
| **Chase Auto Finance**<br>**14800 Frye Rd**<br>**Fort Worth, TX 76155** | **Monthly payments of $1376** | **4,128.00** | **57,916.77** |
| **Chrysler Financial**<br>**POB 9223**<br>**Farmington, MI 48333** | **Monthly payments of $371.81** | **1,115.43** | |
| **Ford Motor Credit**<br>**One The American R**<br>**Mail Drop 7340**<br>**Dearborn, MI 48121** | **Monthly payments of $650** | **1,950.00** | |
| **Mercedes Benz Financial**<br>**POB 685**<br>**Roanoke, TX 76262** | **Monthly payments of $4222** | **12,666.00** | **217,335.67** |
| **Wachovia Bank**<br>**POB 530554**<br>**Atlanta, GA 30353** | **9/09** | **1,600.00** | **222,000.00** |

3

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express POB 360001 Ft Lauderdale, FL 33336** | **9/09** | **750.00** | **80,000.00** |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wachovia Bank v Amanda Charno** <br> **09-067731 (12)** | **Note debt collection** | **Circuit Court 17th Judicial Circuit Broward County, Florida** | **Pending** |
| **Wachovia Bank v Amanda Charno** <br> **09-24874-25** | **Note debt collection** | **Circuit Court 17th Judicial Circuit Broward County, Florida** | **Pending** |
| **Melvin H. Gale v RFC Securities, et al** <br> **2007 CA 14725 AH** | **Debt collection** | **Circuit Court 15th Judicial Circuit Palm Beach County, FL** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

## 9.  Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Manny Singh**<br>**6610 North University Drive, Suite**<br>**Ft Lauderdale, FL 33321-4034** | **Fees paid by parents** | **$5000** |

## 10.  Other transfers

None

☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Magnus Sjosvard**<br>**2101 Brickell Ave #2303**<br>**Miami, FL 33129**<br>       **None** | **2/2/09** | **2006 Chevrolet Corvette;**<br>**Received $40,000.00 loan**<br>**balance/payoff $24,128.23** |

None

☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Suntrust Bank** | **Checking account ending 2225** | **Closed 8/09 with $0 balance** |
| **Suntrust Bank** | **Checking account ending 0444** | **Closed 10/26/09 with $62.04 balance** |

## 12.  Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☐  **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **TD Bank** | **Amanda Charno** | **Papers and jewelry** | |

## 13.  Setoffs

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None  List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Isabella and Aya Charno**<br>**4414 Parkside Dr**<br>**Davie, FL 33328** | **Custodial (UTMA/FL) bond accounts for daughters with MorganStanley Smith Barney. Total value $77,145.74** | **MorganStanley Smith Barney accounts** |

## 15.  Prior address of debtor

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☐  debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3780 W Coquina Way**<br>**Weston, FL 33332** | **Ross & Amanda Charno** | **-2007** |

## 16.  Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑  California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐ and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Boodhabear, Inc** | 202336901 | **4611 S University Dr #446 Davie, FL 33328** | | **2/10/05 3/30/09** |
| **Charno's Custom Rides Inc** | 205755511 | **1544 SW 13 Ct Pompano Beach, FL 33069** | **Vehicle customization** | **10/20/06 Active** |
| **RFC Securities, LLC** | 134053165 | **4611 S University Dr #446 Davie, FL 33328** | **Securities trading** | **10/20/05 Active** |
| **SVAT Designs, Inc** | | **1544 SW 13 Ct Pompano Beach, FL 33069** | **Custom buildouts of trucks and trailers** | **10/30/09 Active** |

None  b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑ U.S.C. § 101.

NAME                                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and
by any individual debtor who is or has been, within the **six years** immediately preceding the commencement
of this case, any of the following: an officer, director, managing executive, or owner or more than 5
percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership;
a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in
business within those six years should go directly to the signature page.)*

## 19.  Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
☐ or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

**Dave Kaufman**                                                **2004 - 2009**
**320 Nielson St**
**Dixhills, NY 11746**

9

None
☑
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None
☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

## 20. Inventories

None
☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN
OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None
☑
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
☑
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None
☑
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
☑
b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

10

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **12/31/2009**

Signature
of Debtor

**s/ Ross F Charno**
**Ross F Charno**

Date **12/31/2009**

Signature
of Joint Debtor
(if any)

**s/ Amanda Charno**
**Amanda Charno**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida

In re _____Ross F Charno   Amanda Charno_____,    Case No.  __09-36566-BKC-JKO__
                    Debtors                                                   Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Alphera Financial Service** | **Describe Property Securing Debt:**<br><br>**2009 Mercedes Benz GL 550, 4 dr with over 15,200 miles; purchased in 10/08 for $79,876.00; VIN 4JGBF86E09A456673. Value per Kelley Blue Book** |

Property will be *(check one)*:
- ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt        ☑ Not claimed as exempt

---

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase Auto Finance** | **Describe Property Securing Debt:**<br><br>**2008 Chevrolet Corvette, 2 dr with over 59,040 miles purchased in 11/07 for $64,730; VIN 1G1YY36W485100943; Value per Kelley Blue Book** |

Property will be *(check one)*:
- ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt        ☑ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Mercedes Benz Financial** | **Describe Property Securing Debt:**<br><br>**2008 Mercedes Benz S 65, 4dr purchased in 7/08 for $198,250; VIN WDDNG79X18A207857** |

Property will be *(check one)*:
□ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
□ Redeem the property
☑ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
□ Claimed as exempt            ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**National City Mortgage** | **Describe Property Securing Debt:**<br><br>**Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser** |

Property will be *(check one)*:
□ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
□ Redeem the property
☑ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
□ Claimed as exempt            ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>**Wachovia Bank** | **Describe Property Securing Debt:**<br><br>**Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser** |

B 8 (Official Form 8) (12/08)                                                                 Page 3

---

Property will be *(check one)*:
    ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt       ☑ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br><br>**Wachovia Bank, NA** | **Describe Property Securing Debt:**<br><br>**Homestead located at 4414 Parkside Dr, Davie, FL 33328; more specifically known as: Lot 10, Parkside Estates of Davie, according to the Plat thereof, as recorded in Plat Book 173, Page 131, of the Public Records of Broward County, Florida. Warranty deed made 9/5/06 to debtors; quit claimed to wife 12/14/06. Value per Broward County Property Appraiser** |

Property will be *(check one)*:
    ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt       ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Chrysler Financial** | **Describe Leased Property:**<br><br>**Vehicle lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES    ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Ford Motor Credit** | **Describe Leased Property:**<br><br>**Vehicle lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES    ☐ NO |

B 8 (Official Form 8) (12/08)                                                                                          Page 4

| Property No.  3 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Sovereign Bank** | **Describe Leased Property:**<br><br>**2007 Lamborghini lease assigned to Jason Vitulano unitl 3/1/10** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☑ NO |

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **12/31/2009**


s/ Ross F Charno
**Ross F Charno**
Signature of Debtor


s/ Amanda Charno
**Amanda Charno**
Signature of Joint Debtor (if any)