UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft Lauderdale Division

In Re:

Ross F Charno                                          Case No.: 09-36566-BKC-JKO
Amanda Charno                                          Chapter 7
        Debtors
_____/

**DEBTORS' EMERGENCY MOTION TO INCUR DEBT SECURED
BY PROPERTY OF THE ESTATE AND TO SUBORDINATE CLAIMS**

COME NOW THE DEBTORS, by and through the undersigned attorney and state as follows:

1. **THAT IF THE DEBTORS' BUSINESS (AN ASSET OF THE BANKRUPTCY ESTATE) IS NOT ABLE TO IMMEDIATELY INCUR DEBT (OBTAIN THE FUNDS) NECESSARY TO COMPLETE ITS CONTRACTUAL OBLIGATIONS THE BUSINESS WITH CEASE TO OPERATE AND THE VALUE WILL BE SUBSTANTIALLY, IF NOT WHOLLY, DIMINISHED, WHICH WILL MINIMIZE THE REPAYMENT TO CREDITORS OF THE ESTATE.**

2. The debtors filed for Chapter 7 protection on December 1, 2009.

3. That the debtors' business, Charno's Custom Rides, is an asset of the bankruptcy estate.

4. That this is an asset case subject to liquidation of certain unexempt assets.

5. That to repay the bankruptcy estate the liquidation value the debtors must maintain the operation of their business. The business operates by fulfilling contractual agreements which require the initial outlay of funds for materials required to produce the products ordered. The business has secured a lender to finance such operation under the condition that the lender will take first priority status with its lien.

6. That the requested debt is necessary to purchase the materials and labor needed to complete contractual obligations and continue to be operational.

WHEREFORE, the Debtors respectfully request that this Honorable Court will issue an Order allowing Charno's Custom Rides to incur debt and subordinate all claims of creditors of the estate and the Chapter 7 trustee to lenders of the business.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the US Bankruptcy Court this 7th day of April, 2010 and served electronically upon the US Trustee, the Chapter 7 Trustee and counsel.

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090(1)

        Law Office of Manny Singh, PA
        Attorney for Debtors
        6610 N University Drive, Suite 220
        Ft. Lauderdale, FL 33321
        (954) 722-1300
        By:  */s/ Manny Singh*
              Manny Singh, Esq
              Florida Bar No. 480800