UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROSS F. CHARNO and                     Case No.: 09-36566-BKC-JKO
AMANDA CHARNO,

      Debtors.                        Chapter 7
_____/

## RE-NOTICE OF RULE 2004 EXAMINATION

Donald Walton, United States Trustee for Region 21, by undersigned counsel, will examine

**Ross F. Charno** under oath, at the time and place noted below:

| | |
|---|---|
| **Date:** | Thursday, May 20 2010 |
| **Time:** | 1:00 p.m. |
| **Place:** | Office of the United States Trustee |
| | 51 S.W. First Avenue |
| | Room 1204 |
| | Miami, FL 33130 |

The examination may continue from day to day until completed.  If the examinee receives

this notice less than seven (7) days prior to the scheduled examination date (or less than ten (10)

days if examination is taking place outside of Florida), the examination will be rescheduled upon

timely request to a mutually agreeable time.

The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before

an officer authorized to record the testimony.  The scope of the examination shall be as described

in FRBP 2004.  Pursuant to Local Rule 2004-1, no order shall be necessary.

Donald Walton
United States Trustee
Region 21

/s/_____
Ariel Rodriguez, Trial Attorney
Florida Bar No.: 160253
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been served on the following parties on May 13, 2010, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically:

Rilyn Carnahan, Esq.**      Kenneth Welt, Trustee**      Manny Singh, Esq.**

/s/_____
Ariel Rodriguez, Trial Attorney

2